DORSEY & WHITNEY LLP  JS-6
Steven D. Allison (SBN 144791) O
Zachary A. Bulthuis (SBN 223825)
38 Technology Drive, Suite 100
Irvine, California 92618-5312
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
U-HAUL CO. OF TEXAS
(Erroneously Sued As U-Haul International, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NAHAL A. ABTAHI, a minor, by and through her Guardian Ad Litem, KHOSROW ABTAHI and KHOSROW ABTAHI,<br><br>Plaintiffs,<br><br>v.<br><br>U-HAUL INTERNATIONAL, INC., and Does 1 to 100, Inclusive,<br><br>Defendants. | Case No.: ED CV 08-00866 VAP (CWx)<br><br>**ORDER**<br><br>Action Filed: February 15, 2008<br>Trial Date: None Set |

## ORDER

Good cause having been shown;

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation, that this matter be remanded to the Superior Court for the State of California in the County of Riverside.

DATED: October 21, 2008_____     _____
                                                HON. VIRGINIA A. PHILLIPS
                                                United States District Court Judge

-1-
[PROPOSED] ORDER